CHRISTOPHER M. MONGIELLO
889 James Street, Pelham Manor NY, 10803
Tel: 914 646-8224
Email: therockacademy@mac.com
*Plaintiff – Appellant*

APRIL 22ND, 2024

District Judge
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Deputy Phone: (914) 390-4146
Courtroom: 521
Chambers Phone: (914) 390-4145

RE:  MONGIELLO v. SHELLPOINT APPEAL 7:24-cv-02548-KMK

To the Honorable Judge Kenneth M. Karas

Your honor, please remove the motion to strike from this docket, ECF 6. The motion to strike was accidentally entered on this docket. This is to also simply to reiterate my request that you expedite your ruling on my unopposed appeal It is briefed by the Appellant. There is no Respondent. They have been defaulted.

Thank you for your prompt attention to this urgent matter.

RESPECTFULLY SUBMITTED.
Dated April 22nd, 2024

_____
CHRISTOPHER M. MONGIELLO
889 JAMES STREET
PELHAM MANOR, NY 10803
TEL: 914 646-8224

The Motion to Strike is denied at Appellant's request. The Clerk is asked to terminate the motion (Doc. # 6).

So Ordered.
[signature]
5/16/24

EMAIL: therockacademy@mac.com
Cc: Shellpoint Mortgage Servicing, LLC
17000 Katy Freeway
Suite 399
Houston, TX 77094