**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

CHRISTOPHER MONGIELLO,

                Debtor.
------------------------------------------------------------------X
CHRISTOPHER MONGIELLO,

                Appellant,                24 **CIVIL** 2468 (KMK)

    -v-

HSBC BANK USA NA, as Trustee for the LMT 2006-6 Trust Fund, a.k.a. HSBC Bank USA NA as Trustee for the Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-6,

                Appellee.
------------------------------------------------------------------X
CHRISTOPHER MONGIELLO,

                Appellant,                24 **CIVIL** 2548 (KMK)
                                                        **JUDGMENT**

    -v-

INDYMAC BANK, F.S.B, *and* SHELLPOINT MORTGAGE SERVICING, LLC,

                Appellees.
------------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, the appeals are denied and the orders of the Bankruptcy Court are affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
           March 31, 2025

                                                          **TAMMI M. HELLWIG**

                                                            **Clerk of Court**
                                      **BY:**    *K. Mango*

                                                            **Deputy Clerk**